# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Jordan Kenneth Edwards<br><br>*Defendant* | )<br>)  Case No. CR 23-152 JRT/ECW<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jordan Kenneth Edwards,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Possession with Intent To Distribute Cocaine, 21:841(a)(1), 841(b)(1)(C)
Count 2 - Felon in Possession of Firearm, 18:922(g)(1) and 924(a)(8)
Count 3 - Possession of a Firearm In Furtherance of Drug Trafficking, 18:924(c)(1)(A)

Date: 04/26/2023

*Issuing officer's signature*

City and state: Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____